No. 88–2050. CHICAGO TITLE INSURANCE CO. ET AL. *v.* TUCSON UNIFIED SCHOOL DISTRICT ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–2051. LONGVIEW FIBRE CO. *v.* JEANNETTE PAPER CO. Super. Ct. Pa. Certiorari denied.

No. 88–2053. TRAITZ ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–2054. SMITH *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 88–2055. RIZZI *v.* BLUE CROSS OF SOUTHERN CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 88–2056. DI GIAMBATTISTA *v.* SULLIVAN, FORMER JUDGE, MIDDLESEX COUNTY, MASSACHUSETTS, PROBATE COURT, ET AL. C. A. 1st Cir. Certiorari denied.

No. 88–2057. HORNAK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–2058. PRESIDIO VALLEY FARMERS ASSN. ET AL. *v.* SALAZAR-CALDERON ET AL.; and
No. 88–2086. SALAZAR-CALDERON ET AL. *v.* PRESIDIO VALLEY FARMERS ASSN. ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 863 F. 2d 384.

No. 88–2059. KAUFMAN *v.* NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM. C. A. 2d Cir. Certiorari denied.

No. 88–2064. DELTA AIR LINES, INC. *v.* AIR LINE PILOTS ASSN., INTERNATIONAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–2065. ROMP *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.